*Harry S. Strozier, Grady Gillon,* contra.

---

### 17426.   MERCIER *v.* THE STATE.

BLOODWORTH, J. When read in connection with the remainder of the charge, the excerpt therefrom which is complained of in the motion for a new trial shows no reversible error. The evidence supports the verdict, and the motion was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 13, 1926.

Larceny after trust; from Wilkes superior court—Judge Perryman. April 10, 1926.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 1050, n. 84; p. 1180, n. 74.